IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TARGIN SIGN SYSTEMS, INC., )
etc., )
 )
           Plaintiff, )
 )
  v. )   No. 09 C 1399
 )
PREFERRED CHIROPRACTIC CENTER, )
LTD., )
 )
           Defendant. )

## MEMORANDUM ORDER

Preferred Chiropractic Center, Ltd. ("Preferred") has just filed a Notice of Removal ("Notice") to bring this action from the Circuit Court of Cook County to this District Court. This Court is currently issuing its customary initial scheduling order, calling in part for an initial status hearing, but this memorandum order is being issued as well because of one bizarre aspect of the Notice.

Notice ¶2 says that a "true copy of the Complaint, together with its exhibits" is attached to the Notice as its Exhibit A. But what has been furnished instead is a photocopy of the Complaint that reproduces its pages in full top-to-bottom dimension but in which, for some reason, the width of the textual material occupies only three inches in width. Accordingly Preferred's counsel are ordered on or before March 12, 2009 to provide both the Clerk's Office and this Court with what is really a "true copy" of the Complaint and its exhibits in

substitution for the present unacceptable format.

```
                              _____
                              Milton I. Shadur
                              Senior United States District Judge
```

Date:  March 6, 2009