## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TARGIN SIGN SYSTEMS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED CHIROPRACTIC CENTER, LTD., <br><br> Defendant. | Case No. 09 cv 1399 <br><br> Judge Milton I. Shadur <br><br> Magistrate Judge Brown |
| PREFERRED CHIROPRACTIC CENTER, LTD., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> CAROLINE ABRAHAM and JOEL ABRAHAM, individually and d/b/a BUSINESS TO BUSINESS SOLUTIONS, and MACAW, INC., a foreign Romanian corporation, <br><br> Third-Party Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Third-party Plaintiff, Preferred Chiropractic Center, Ltd. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses its Third-Party Complaint in this action against Caroline Abraham and Joel Abraham, individually and d/b/a Business to Business Solutions, and Macaw, Inc. a foreign Romanian Corporation.

Dated: January 12, 2010

By:    /s/ Stephanie W. Tipton
       An Attorney for Defendant

Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6636 (Tipton)
312-781-6630 (fax)

**CERTIFICATE OF SERVICE**

I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of the

***Defendant's Preferred Chiropractic Center's Notice of Voluntary Dismissal*** upon:

TO:  Brian J. Wanca
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

Phillip A. Bock
Bock & Hatch, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602

Caroline Abraham
1601 East 18th Street
Brooklyn, NY 11230

Joel Abraham
1601 East 18th Street
Brooklyn, NY 11230

by electronically filing with the Clerk of the Court using the CM/ECF system that will forward it to the above participants on January 12, 2010, before 5:00 p.m.

              s/Stephanie W. Tipton
              Stephanie W. Tipton

Alan I. Becker  (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)